```
 1  NICOLA T. HANNA
    United States Attorney
 2  DAVID M. HARRIS
    Assistant United States Attorney
 3  Chief, Civil Division
    JOANNE S. OSINOFF
 4  Assistant United States Attorney
    Chief, General Civil Section, Civil Division
 5  JENNIFER R. JACOBS (Cal. Bar No. 157609)
    Assistant United States Attorney
 6       Federal Building, Suite 7516
         300 North Los Angeles Street
 7       Los Angeles, California 90012
         Telephone: (213) 894-6167
 8       Facsimile: (213) 894-7819
         E-mail: Jennifer.Jacobs3@usdoj.gov
 9
    Attorneys for Respondents
10
```

FILED
CLERK, U.S. DISTRICT COURT
AUG 19 2020
CENTRAL DISTRICT OF CALIFORNIA
BY: [signature]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

**[UNDER SEAL]**,

    Plaintiff[s],

    v.

**[UNDER SEAL]**,

    Defendant[s].

No. CV 20-05149-PSG(PJWx)

STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS
(L.R. 8-3)

**ORIGINAL**

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section, Civil Division
JENNIFER R. JACOBS (Cal. Bar No. 157609)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-6167
    Facsimile: (213) 894-7819
    E-mail: Jennifer.Jacobs3@usdoj.gov

Attorneys for Respondents

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| **[UNDER SEAL]**, | No. CV 20-05149-PSG (PJWx) |
| Plaintiff[s], | STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS |
| v. | |
| **[UNDER SEAL]**, | (L.R. 8-3) |
| Defendant[s]. | |

**ORIGINAL**

1  WOLFSDORF ROSENTHAL LLP
   Bernard Wolfsdorf (CA Bar # 107657)
2  1416 2nd Street
   Santa Monica, CA 90401
3  Tel: (310) 570-4088
   Email: Bernard@wolfsdorf.com
4  Attorney for Plaintiff

5  NICOLA T. HANNA
   United States Attorney
6  DAVID M. HARRIS
   Assistant United States Attorney
7  Chief, Civil Division
   JOANNE S. OSINOFF
8  Assistant United States Attorney
   Chief, General Civil Section
9  JENNIFER R. JACOBS (Cal. Bar No. 157609)
   Assistant United States Attorney
10         Federal Building, Suite 7516
           300 North Los Angeles Street
11         Los Angeles, California 90012
           Telephone: (213) 894-6167
12         Facsimile: (213) 894-7819
   E-mail: Jennifer.jacobs3@usdoj.gov
13
   Attorneys for Federal Defendants
14
           UNITED STATES DISTRICT COURT
15
        FOR THE CENTRAL DISTRICT OF CALIFORNIA
16

| Timur TILLYAEV, et al., | Case No.: CV 20-5149 PSG (PJWx) |
|---|---|
| Plaintiffs, | **STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS** (L.R. 8-3) |
| v. | |
| Chad F. WOLF, in his Official Capacity, Acting Secretary, U.S. Department of Homeland Security, et al., | Complaint served: July 1, 2020<br>Current response date: August 31, 2020<br>New response date: September 30, 2020 |
| Defendants. | Honorable Philip S. Gutierrez<br>United States District Judge |

Pursuant to Local Rule 8-3, Plaintiffs Mr. Timur TILLYAEV ("Mr. Tillyaev") and his wife, Lola TILLYAEV ("Ms. Tillyaev"), along with their three children: Mariam, U., and S. (collectively, Plaintiffs") and Defendants Chad F. WOLF, in his Official

1

Capacity, Acting Secretary, U.S. Department of Homeland Security; Kenneth T. CUCCINELLI, in his Official Capacity, Senior Official Performing the Duties of the Director, U.S. Citizenship and Immigration Services; Tracy RENAUD, in her Official Capacity, Associate Director, Service Center Operations Directorate, U.S. Citizenship and Immigration Services (collectively, "Defendants"), by and through their counsel of record, hereby stipulate that the time for Defendants to answer, move, or otherwise respond to the complaint shall be extended by thirty (30) days, from August 31, 2020 to September 30, 2020.

Local Rule 8-3 provides that an initial stipulation extending the time within which to answer or otherwise respond to a complaint by thirty days or less must be filed with the Court, but does not require Court approval. This is the first request for extension by Defendants.

Dated: August 19, 2020.

Bernard Wolfsdorf, Esq.
1416 2nd Street
Santa Monica, CA 90401
P: 310-570-4088
California Ba #: 107657

/s/ *Bernard P. Wolfsdorf*
BERNARD WOLFSDORF
Attorneys for Plaintiffs

Dated: August 19, 2020.

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

/s/---*Jennifer R. Jacobs*
JENNIFER R. JACOBS
Assistant United States Attorney

Attorneys for Defendants

1  I, Jennifer R. Jacobs, attest that all other signatories listed, and on whose behalf
2  the filing is submitted, concur in the filing's content and have authorized the filing.

                                                */s/--Jennifer R. Jacobs*
                                                JENNIFER R. JACOBS
                                                Assistant United States Attorney