WOLFSDORF ROSENTHAL LLP
Bernard Wolfsdorf (CA Bar # 107657)
1416 2nd Street
Santa Monica, CA 90401
Tel: (310) 570-4088
Email: Bernard@wolfsdorf.com
Attorney for Plaintiff

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
JENNIFER R. JACOBS (Cal. Bar No. 157609)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-6167
    Facsimile: (213) 894-7819
E-mail: Jennifer.jacobs3@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Timur TILLYAEV, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>Chad F. WOLF, in his Official Capacity, Acting Secretary, U.S. Department of Homeland Security, et al.,<br><br>    Defendants. | Case No.: CV 20-5149 PSG (PJWx)<br><br>**STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO INITIAL COMPLAINT BY MORE THAN 30 DAYS**<br><br>Complaint served: July 1, 2020<br>Initial response date: August 31, 2020<br>First extension: September 30, 2020<br>Second extension: October 13, 2020<br><br><br>Honorable Philip S. Gutierrez<br>United States District Judge |

Plaintiffs Mr. Timur TILLYAEV ("Mr. Tillyaev") and his wife, Lola TILLYAEV ("Ms. Tillyaev"), along with their three children: Mariam, U., and S. (collectively, "Plaintiffs") and Defendants Chad F. WOLF, in his Official Capacity, Acting Secretary,

1

ORIGINAL

WOLFSDORF ROSENTHAL LLP
Bernard Wolfsdorf (CA Bar # 107657)
1416 2nd Street
Santa Monica, CA 90401
Tel: (310) 570-4088
Email: Bernard@wolfsdorf.com
Attorney for Plaintiff

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
JENNIFER R. JACOBS (Cal. Bar No. 157609)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-6167
    Facsimile: (213) 894-7819
E-mail: Jennifer.jacobs3@usdoj.gov

Attorneys for Federal Defendants

FILED 2020 OCT -1 AM 10:23

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Timur TILLYAEV, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Chad F. WOLF, in his Official Capacity, Acting Secretary, U.S. Department of Homeland Security, et al., <br><br> Defendants. | Case No.: CV 20-5149 PSG (PJWx) <br><br> **STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO INITIAL COMPLAINT BY MORE THAN 30 DAYS** <br><br> Complaint served: July 1, 2020 <br> Initial response date: August 31, 2020 <br> First extension: September 30, 2020 <br> Second extension: October 13, 2020 <br><br> Honorable Philip S. Gutierrez <br> United States District Judge |

Plaintiffs Mr. Timur TILLYAEV ("Mr. Tillyaev") and his wife, Lola TILLYAEV ("Ms. Tillyaev"), along with their three children: Mariam, U., and S. (collectively, "Plaintiffs") and Defendants Chad F. WOLF, in his Official Capacity, Acting Secretary,

1

U.S. Department of Homeland Security; Kenneth T. CUCCINELLI, in his Official Capacity, Senior Official Performing the Duties of the Director, U.S. Citizenship and Immigration Services; Tracy RENAUD, in her Official Capacity, Associate Director, Service Center Operations Directorate, U.S. Citizenship and Immigration Services (collectively, "Defendants"), by and through their counsel of record, hereby stipulate that the time for Defendants to answer, move, or otherwise respond to the complaint shall be extended by an addition thirteen (13) days, from September 30, 2020 to October 13, 2020.

    Local Rule 8-3 provides that an initial stipulation extending the time within which to answer or otherwise respond to a complaint by thirty days or less must be filed with the Court, but does not require Court approval. This is the second request for extension by Defendants.

    Good cause for the requested extension of time to respond to the initial complaint exists as follows:

    On June 10, 2020, Petitioners, Uzbekistan citizens, initiated this action asserting that Respondents, U.S. Department of Homeland Security and U.S. Citizenship and Immigration Services officials, have failed to adjudicate their long-pending applications for adjustment of status to lawful permanent residency (Forms I-485). *See Complaint,* Dkt. # 1. Petitioners lawfully entered the United States on non-immigrant visas, and the pending Forms I-485 are based on Mr. Tillyaev's approved Form I-526 Immigrant Petition by Alien Entrepreneur. Additional time is needed to respond to the Complaint as Mr. Tillyaev's Form I-526 is currently under re-review by USCIS's Immigrant Investor Processing Office (IPO). The result of such re-review will impact the decision on the Forms I-485.

Dated: September 30, 2020.        WOLFSDORF ROSENTHAL LLP

                                              /s/ *Bernard P. Wolfsdorf*
                                              BERNARD WOLFSDORF
                                              Attorneys for Plaintiffs

Dated: September 30, 2020.

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

/s/--*Jennifer R. Jacobs*
JENNIFER R. JACOBS
Assistant United States Attorney

Attorneys for Defendants

I, Jennifer R. Jacobs, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/--*Jennifer R. Jacobs*
JENNIFER R. JACOBS
Assistant United States Attorney