E-FILED

OCT 2 0 2020

Document #

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Timur TILLYAEV, et al., | Case No.: CV 20-5149 PSG (PJWx) |
| Plaintiffs, | [Proposed] ORDER UNDER SEAL |
| v. | |
| Chad F. WOLF, in his Official Capacity, Acting Secretary, U.S. Department of Homeland Security, et al., | Honorable Philip S. Gutierrez United States District Judge |
| Defendants. | |

The Court, having read and considered the Stipulation of Plaintiffs Mr. Timur TILLYAEV ("Mr. Tillyaev") and his wife, Lola TILLYAEV ("Ms. Tillyaev"), along with their three children: Mariam, U., and S. (collectively, "Plaintiffs"), and Defendants Chad F. WOLF, in his Official Capacity, Acting Secretary, U.S. Department of Homeland Security; Kenneth T. CUCCINELLI, in his Official Capacity, Senior Official Performing the Duties of the Director, U.S. Citizenship and Immigration Services; Tracy RENAUD, in her Official Capacity, Associate Director, Service Center Operations Directorate, U.S. Citizenship and Immigration Services (collectively, "Defendants"), to extend the time for Defendants to answer, move, or otherwise respond to the complaint,

1

1    and good cause appearing therefore, hereby **GRANTS** the stipulated request and

2    **ORDERS** that:

3         The time for Defendants to answer, move or otherwise respond to the complaint

4    is continued to February 1, 2021.

5    Dated: _____

6                                        _____
                                         PHILLIP S. GUTIERREZ
                                         United States District Judge

7    Presented by:

8

9    NICOLA T. HANNA
     United States Attorney
10   DAVID M. HARRIS
     Assistant United States Attorney
11   Chief, Civil Division
     JOANNE S. OSINOSS
12   Assistant United States Attorney
     Chief, General Civil Section

13   /s/--*Jennifer R. Jacobs*

14   _____

15   JENNIFER R. JACOBS
     Assistant United States Attorney
16   Attorneys for Defendants

17

18

19

20

21

22

23

24

25

26

27

28

                                    2